# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131992

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NICKOLAS SCOTT KILBOURNE,
      Defendant-Appellant.

SC: 131992
COA: 270667
Calhoun CC: 01-003474-FH

_____/

      On order of the Court, the application for leave to appeal the July 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

p1206